IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENDRIC SHIWAN GLAZE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. |
| v. | ) | |
| | ) | |
| CARROLL FULMER LOGISTICS CORPORATION, WILLIAM RUSSELL HOLLOWAY, and PROTECTIVE INSURANCE COMPANY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW defendants Carroll Fulmer Logistics Corporation ("Carroll Fulmer") and Protective Insurance Company ("Protective") and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On June 5, 2020, plaintiff filed a complaint in the State Court of Gwinnett County, Georgia, Civil Action No. 20-C-03326-S1, which county is within the Atlanta Division of the Northern District of Georgia.

2.

Carroll Fulmer and Protective have not yet been served and, upon information and belief, no other defendant has been served.

3.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

4.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A.  Defendants have no knowledge of any other process, pleadings, or orders filed or served in connection with this action, other than those attached hereto.

5.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

6.

There is complete diversity among the parties.

7.

Plaintiff is a citizen of Georgia.  (Compl. ¶ 2.)

8.

Carroll Fulmer is a Nevada corporation with its principal place of business at 8340 American Way, Groveland, Florida 34736.  Accordingly, it is a citizen of Nevada and Florida for purposes of diversity jurisdiction.  (*See* Compl. ¶ 3.)  28 U.S.C. § 1332(c)(1).

9.

Defendant William Russell Holloway is a citizen of Florida.  (Compl. ¶ 7.)

10.

Protective is an Indiana corporation with its principal place of business in Indiana.  (Compl. ¶ 8.)  Accordingly, it is a citizen of Indiana for diversity purposes.  28 U.S.C. § 1332(c)(1).

11.

Defendants make a plausible allegation that plaintiff is seeking recovery in an amount in excess of $75,000, exclusive of interest and costs.  *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014).  Specifically, plaintiff is seeking general and special damages for personal injuries, including past and future medical and other expenses, lost wages, attorneys' fees and expenses of litigation, punitive damages, and all other damages allowable under Georgia law. (Compl. ¶¶ 82-91.)

12.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and no further proceedings shall be held in said case in the State Court of Gwinnett County, Georgia.

[*Signature on following page*]

- 5 -

                    STONE KALFUS LLP

                    */s/ Dustin S. Sharpes*
                    Matthew P. Stone
                    Georgia Bar No. 684513
                    matt.stone@stonekalfus.com
                    Shawn N. Kalfus
                    Georgia Bar No. 406227
                    shawn.kalfus@stonekalfus.com
                    Dustin S. Sharpes
                    Georgia Bar No. 522995
                    dustin.sharpes@stonekalfus.com
                    Attorneys for Defendants
                    Carroll Fulmer Logistics Corporation
                    and Protective Insurance Company

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I filed the foregoing *NOTICE OF REMOVAL* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

Michael D. Hoffer, Esq.
Hoffer & Webb, LLC
3190 Northeast Expressway, Suite 430
Chamblee, Georgia 30341

*/s/ Dustin S. Sharpes*
Dustin S. Sharpes
Georgia Bar No. 522995

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)